IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY BRANT                                                                                    PLAINTIFF

v.                                    Case No. 1:20-cv-1068

BIOMET ORTHOPEDICS, LLC;
and JOHN DOE COMPANIES A-Z                                                     DEFENDANTS

## ORDER

Before the Court is the parties' Stipulated Dismissal. ECF No. 60. No response is necessary.

The parties stipulate to the dismissal of Plaintiff Barry Brant's claims with prejudice, with each side bearing his or its own fees and costs. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, Plaintiff's claims were effectively dismissed when the stipulation was filed. However, the instant Order issues for purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 60) constitutes a motion, it is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with the parties bearing his or its own fees and costs.

**IT IS SO ORDERED**, this 3rd day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge